**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**                                     Case No. 06-cr-165-01-PB

<u>Anthony Frith</u>


<u>**O R D E R**</u>

The defendant has moved to continue the November 7, 2006 trial in the above case.  Defendant cites the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to complete discovery and and properly prepare for trial, the court will continue the trial from November 7, 2006 to January 9, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 30, 2006 final pretrial conference is continued until December 18, 2006 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 30, 2006

cc: Adam Bernstein, Esq.
    Karin Eckel, AUSA
    United States Probation
    United States Marshal