UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　　Case No. 06-cr-165-PB

<u>Anthony Frith</u>


### <u>O R D E R</u>

The defendant has moved to continue the January 9, 2007 trial in the above case, citing the need for additional time to resolve pending state charges against him and to engage in plea negotiations in this matter.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 9, 2007 to April 3, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 18, 2006 final pretrial conference is continued to March 21, 2007 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 18, 2006

cc:  Adam Bernstein, Esq.
     Helen Fitzgibbon, AUSA
     United States Probation
     United States Marshal