```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                        Case No. 06-cr-165-PB

**Anthony Frith**


**O R D E R**

    The defendant, through counsel, has moved to continue the July 10, 2007 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, to allow the parties additional time to finalize a plea agreement or properly prepare for trial, the court will continue the trial from July 10, 2007 to  August 21, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

      The court will hold a final pretrial conference on July 26, 2007 at 4:00 p.m.

      No further continuances will be allowed in this case.

      SO ORDERED.

/s/Paul Barbadoro<br>
Paul Barbadoro<br>
United States District Judge

June 25, 2007

cc:  Richard Foley, Esq.
     Helen Fitzgibbon, AUSA
     United States Probation
     United States Marshal